UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DARLENE HUCKABY**,                                    Civil Case No. 3:13-CV-00142-KI

            Plaintiff,

                                 JUDGMENT

               v.

**CAROLYN W. COLVIN**,
Acting Commissioner of Social Security,

            Defendant.


       Steven Munson
       610 SW Broadway, Suite 405
       Portland, Oregon  97005

            Attorney for Plaintiff

       S. Amanda Marshall
       United States Attorney
       District of Oregon


Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97201-2902

Lars J. Nelson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.

      Dated this _____27th_____ day of January, 2014.

                     /s/ Garr M. King_____
                    Garr M. King
                    United States District Judge